ACCEPTED
01-14-00684-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 1:19:08 PM
CHRISTOPHER PRINE
CLERK



1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278, eFax

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 1:19:08 PM
CHRISTOPHER A. PRINE
Clerk

November 17, 2015

Clerk
First Court of Appeals
301 Fannin
Houston, TX 77002

Re:     **Notice of Oral Argument Presenter**
        Appeal No. 01-14-00684-CV
        In the Matter of M. I. S.
        From Cause No. 2013-05802J  313th District Court, Harris County, Texas

Dear Clerk,

I plan to present oral argument in the above reference case on Wednesday, November 18, 2015 at 1:30 p.m.  A copy of this notice has been sent to the office of the District Attorney, Harris County, Texas.

Sincerely,

/s/ *Amalia Beckner*

Amalia Beckner
Assistant Public Defender

CD/jp

CC:    Martina Longoria, Daniel McCrory, & Alan Curry
       Assistant District Attorneys, Harris County, Texas